[No. 39541-6-I.     Division One.     July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HILARIO
JESUS HASTY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-1-03850-1, Janice Niemi, J., entered
October 21, 1997. *Dismissed* by unpublished per curiam
opinion.

[No. 39623-4-I.     Division One.     July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. VALENCIA
LYNN JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-8-04887-1, Richard A. Jones, J., entered
October 9, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39835-1-I.     Division One.     July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MIKE
TEPKHOOM, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-8-06472-8, Anthony P. Wartnik, J., entered
December 4, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39836-9-I.     Division One.     July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY
FRIELDS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-8-06221-1, Anthony P. Wartnik, J., entered
November 5, 1996. *Dismissed* by unpublished per curiam
opinion.